Argued and submitted January 24, sentence to pay victim's assistance fee vacated; remanded for resentencing; otherwise affirmed April 4, 1990

# STATE OF OREGON,
*Respondent,*

*v.*

# AZ DIN,
*Appellant.*

## (C88-1112CR; CA A60061)
789 P2d 19

Henry M. Silberblatt, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Acting Public Defender, Salem.

Keith W. Wingfield, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

## PER CURIAM

Defendant appeals his conviction for theft in the first degree. The court imposed a $50 victim's assistance fee as part of the sentence. Because the conviction was treated as a misdemeanor for sentencing, pursuant to ORS 161.705, only a $20 victim's assistance fee is authorized. ORS 147.259(1). The state concedes, and we agree, that the court erred in imposing the $50 assessment.

Defendant's other assignments do not warrant discussion.

Sentence to pay victim's assistance fee vacated; remanded for resentencing; otherwise affirmed.